Filed
DEC 11 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID SAMPSON HUNTER, | Case No. C 14-1639 PSG (PR) |
| Plaintiff, | **ORDER** |
| v. | |
| MEDICAL PERSONNEL, | |
| Defendant. | |

David Hunter, a pretrial detainee proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983. On October 17, 2014, the court ordered Hunter's complaint dismissed with leave to amend, and directed Hunter to file an amended complaint.[1] On October 24, 2014, the order sent to Hunter was returned as undeliverable because Hunter was not in custody. On November 14, 2014, Hunter submitted a notice of change of address in *Hunter v. Mark*, No. 14-1446 PSG (N.D. Cal. filed March 28, 2014), which was dismissed on August 28, 2014.

Because Hunter never received the October 17, 2014 order of dismissal with leave to amend, the Clerk is directed to mail the order to Hunter at his current address in Santa Rosa. Hunter is ORDERED to comply with the instructions as set forth in the order. Failure to file a

---

[1] *See* Docket No. 21.

Case No. C 14-1639 PSG (PR)
ORDER

second amended complaint within thirty days and in accordance with the October 17, 2014 order will result in a finding that further leave to amend would be futile, and this action will be dismissed.

IT IS SO ORDERED.

DATED: 12·０·14

PAUL S. GREWAL
United States Magistrate Judge

Case No. C 14-1639 PSG (PR)
ORDER

2