IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID SAMPSON HUNTER, | Case No. C 14-1639 PSG (PR) |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| MEDICAL PERSONNEL, et al., | |
| Defendants. | |

David Sampson Hunter, proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983.  On October 17, 2014, the court ordered Hunter's complaint dismissed with leave to amend, and directed Hunter to file an amended complaint.[1]  On October 24, 2014, the order sent to Hunter was returned as undeliverable because Hunter was not in custody.  On November 14, 2014, Hunter submitted a notice of change of address in *Hunter v. Mark*, No. 14-1446 PSG (N.D. Cal. filed March 28, 2014), which was dismissed on August 28, 2014.  Thereafter, on December 11, 2014, the court re-sent to this latest address the order dismissing Hunter's complaint with leave to amend, and directed Hunter to file an amended complaint within thirty

---

[1] *See* Docket No. 21.

Case No. C 14-1639 PSG (PR)
ORDER OF DISMISSAL WITHOUT PREJUDICE

days or face dismissal.[2]  On January 12, 2015, the order sent to Hunter was returned as undeliverable because it was unclaimed.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.[3]  The court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address.[4]

More than sixty days have passed since the mail sent to Hunter by the court was returned as undeliverable on January 12, 2015.  The court has not received a notice from Hunter of a new address.

Accordingly, the instant complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.  The Clerk shall terminate all pending motions, enter judgment, and close the file.

IT IS SO ORDERED.

DATED:  3/16/2015

PAUL S. GREWAL
United States Magistrate Judge

---

[2] *See* Docket No. 28.

[3] *See* Civil L.R. 3-11(a).

[4] *See* Civil L.R. 3-11(b).

Case No. C 14-1639 PSG (PR)
ORDER OF DISMISSAL WITHOUT PREJUDICE

2